

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

MEMORANDUM ORDER

Appellate case name:      Elmer Rivera, Kassandra Morales Rodriguez and Isreal Morales v. City of Houston and Veronica Romero

Appellate case number:    01-19-00629-CV

Trial court case number:  2018-87546

Trial court:             270th District Court of Harris County

It is ordered that the motion for en banc reconsideration filed by appellee City of Houston is **DENIED**.

Judge's signature: /s Sarah Beth Landau
                         Acting for the Court

En Banc Court consists of Chief Justice Radack and Justices Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris. Justice Kelly not sitting.

Date: September 27, 2022